IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CERTAIN UNDERWRITERS AT )
LLOYDS, LONDON SUBSCRIBING )
TO POLICY NUMBER LCL002439, )
SYNDICATE 4444 )
)
    Plaintiff, )
)
v. )    No. 3:10-cv-00958
)    JUDGE HAYNES
JAGDISH PATEL, )
d/b/a A & W MOTEL, and )
ANGELA WILLIAMS )
)
    Defendants. )
)

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for summary judgment (Docket Entry No. 13) is **GRANTED.** The Court **AWARDS** Plaintiff a judgment declaring that Defendant Jagdish Patel's Policy does not provide coverage for the claims in Defendant Angela Williams's state court action.

Plaintiff is also **AWARDED** its costs in this action.

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the ___2nd___ day of June, 2011.

                                              WILLIAM J. HAYNES, Jr.
                                              United States District Judge